IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        PLAINTIFF,

  v.

$7,980.00 IN UNITED STATES
CURRENCY,

        DEFENDANT.                  NO. 10-1025-DRH

### ORDER

Upon Motion of the United States of America to transfer *Res* to the custody of the State, this Court GRANTS the motion and finds as follows:

    A.    The instant federal forfeiture matter is dismissed without prejudice;

    B.    Said funds shall be released from the jurisdiction of the United States District Court; and

    C.    The United States Marshal shall transfer said funds to the custody and control of the Sheriff of Jackson County, Illinois, or such other officer or agency as designated by the State's Attorney of Jackson County, Illinois, to be held pending forfeiture of said funds pursuant to the laws and jurisdiction of the State of Illinois.

**IT IS SO ORDERED.**

**Dated: February 1, 2011**

David R. Herndon
2011.02.01
16:47:27 -06'00'

**Chief Judge
United States District Court**